IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

KEITH L. JONES,

    Petitioner,

v.

NORM ROBINSON, WARDEN,

    Respondent.

CASE NO. 2:12-CV-177
JUDGE EDMUND A. SARGUS, JR.
MAGISTRATE JUDGE E.A. PRESTON DEAVERS

## OPINION AND ORDER

On September 17, 2012, the Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's *Motion to Dismiss* (Doc. 5) be granted and that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed as barred by the one-year statute of limitations under 28 U.S.C. § 2244(d). Petitioner has filed objections to the Magistrate Judge's *Report and Recommendation*. Petitioner raises the same arguments he previously presented, but does not raise any grounds objecting to the Magistrate Judge's recommendation of dismissal of this case as time-barred. Petitioner's objections are **OVERRULED**. The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. Respondent's *Motion to Dismiss* (Doc. 5) is **GRANTED**. Petitioner's *Motion to Compel* (Doc. 9) and *Motion for an Evidentiary Hearing* (Doc. 10) are **DENIED**. This action is hereby **DISMISSED** as time-barred.

**IT IS SO ORDERED.**

                                                                         10-3-2012
                                                 EDMUND A. SARGUS, JR.
                                                 United States District Judge