AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**KEITH L. JONES,**

               **Petitioner,**

                                    **JUDGMENT IN A CIVIL CASE**

**v.**

                                    **CASE NO.  C2-12-177**

**NORM ROBINSON, WARDEN.,**        **JUDGE EDMUND A. SARGUS, JR.**

                                    **MAGISTRATE JUDGE ELIZABETH P.  DEAVERS**

               **Respondent.**

___     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

     **Pursuant to the OPINION AND ORDER filed October 4, 2012, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 4, 2012               JOHN P. HEHMAN, CLERK

                               */S/ Andy F. Quisumbing*
                               (By) Andy F. Quisumbing
                                Courtroom Deputy Clerk